UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

      - v. -

PERFFYS FRANCIS ROJAS,

           Defendant.

- - - - - - - - - - - - - - - - -x

INDICTMENT

07 Cr. ___

07 CRIM. 297

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 13 2007
SEALED

JUDGE KARAS

## COUNT ONE

The Grand Jury charges:

1.  From in or about July 2002, through in or about June 2006, in the Southern District of New York and elsewhere, PERFFYS FRANCIS ROJAS, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development, and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, ROJAS falsely under-reported her income and submitted forged documents, and thereby received approximately $24,127.20 in federal housing subsidies, to which she was not entitled.

    (Title 18, United States Code, Section 641.)

_____           _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PERFFYS FRANCIS ROJAS,

Defendant.

SEALED
INDICTMENT

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

April 13, 2007
Indictment filed.
A/w consent.
Ordered filed under seal.
Freeman, USMJ.