ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X
                                          :
UNITED STATES OF AMERICA                  :
                                          :       **ORDER**
             -v.-                         :
                                          :       07 Cr. 297
                                          :
PERFFYS FRANCIS ROJAS,                    :
                                          :
                  Defendant.              :
                                          :
- - - - - - - - - - - - - - - - - - - - - X

        Upon the application of the United States, by the

United States Attorney for the Southern District of New York,

Michael J. Garcia, by Assistant United States Attorney Benjamin

A. Naftalis;

        It is found that the Indictment in the above-captioned

action is currently sealed and the United States Attorney's

Office has applied to have that Indictment unsealed, it is

therefore

        ORDERED that the Indictment in the above-captioned

action be unsealed and remain unsealed pending further order of

the Court.


Dated: New York, New York
       May ___, 2007

                            MAY 0 9 2007


                            _____
                            UNITED STATE MAGISTRATE JUDGE
                            SOUTHERN DISTRICT OF NEW YORK


                                  HON. MICHAEL H. DOLINGER
                                  United States Magistrate Judge
                                  Southern District of New York