```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK              07 CRIM.    297
- - - - - - - - - - - - - - - - - -
                                    :
UNITED STATES OF AMERICA                   ORDER
                                    :
     - v. -                                07 Cr. 297
                                    :
PERFFYS FRANCIS ROJAS,
                                    :
          Defendant.
                                    :
- - - - - FRANK MAAS (BN) - - - -
```

HONORABLE ~~DEBRA FREEMAN~~, U.S.M.J.:

The True Bill in the above-captioned case contains a typographical error, namely, the incorrect date on which the Grand Jury returned the True Bill and corresponding Indictment 07 Cr. 297. Accordingly, I hereby order that this case be unsealed in order to correct this typographical error, after which time the case shall be resealed.

SO ORDERED.

Dated:   New York, New York
         April 16, 2007

_____
~~DEBRA~~ FREEMAN
UNITED STATES MAGISTRATE JUDGE


FRANK MAAS
United States Magistrate Judge
Southern District of New York