# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

July 30, 2007

BY HAND:
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 8/7/07*

**Re: United States v. Perffys Rojas**
    07 Cr. 297

Dear Judge Karas:

I write on behalf of my client, Perffys Rojas, to respectfully request that the Court modify the travel restrictions imposed as part of the bail conditions set by Magistrate Judge Dolinger on May 9, 2007. At that time, travel was restricted to the Eastern and Southern Districts of New York.

Ms. Rojas seeks the Court's permission to travel to Florida from August 10 to August 14, 2007 to visit her aunt and sister. If granted permission, Ms. Rojas will stay with her aunt, Magaly Gonzalez, at 2560 West 53rd Street, Hialeah, Florida. She can be reached at that residence at 305-557-6743. Ms. Rojas will also be available on her cell phone (646-824-5972) at all times.

I have spoken with Benjamin Naftalis, Esq., on behalf of the Government, and he has consented to this application. Thank you for your consideration of this matter.

Respectfully submitted,

Steven M. Statsinger
Staff Attorney
Tel: (212) 417-8736

*Bail is modified as indicated.*

SO ORDERED:

HONORABLE JUDGE KENNETH M KARAS
United States District Judge
8/6/07

cc: Benjamin Naftalis
    Assistant United States Attorney