# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

**MEMO ENDORSED**

Southern District of New York
John J. Byrnes
Attorney-in-Charge



October 17, 2007

BY FACSIMILE - (914) 390-4152

Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Perffys Francis Rojas**
    **No. 07 Cr. 297 (KMK)**
    **Request for Adjournment, on Consent**

Dear Judge Karas:

I am writing to respectfully request that the sentencing in this case, currently scheduled for October 26, 2007, be adjourned to a date convenient to the Court in late November. I make this request because I need additional time to prepare a Sentencing Memorandum on Ms. Rojas' behalf.

I have spoken with Assistant United States Attorney Benjamin Naftalis, who consent to the requested adjournment.

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

cc: AUSA Benjamin Naftalis
    (By hand delivery)

*Sentence is adjourned until December 12, 2007, at 11:45*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
10/18/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

TOTAL P.002